UNITED STATES DISTRICT COURT VIOLATION NOTICE

# United States District Court
## Violation Notice

**CVB Location Code:** EC62

NP23235588 / 7327501

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7327501 | ESSIG | #916 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/29/2023 1818 | 36 CFR 4.23(c)(2) |

**Place of Offense:** CAHA - NC HWY 12 / COQUINA BEACH

**Offense Description: Factual Basis for Charge** HAZMAT ☐

REFUSING TO SUBMIT TO A BREATH TEST

### DEFENDANT INFORMATION
Phone: ( — ) — -

| Last Name | First Name | M.I. |
|---|---|---|
| TAYLOR | TRISTAN | R |

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

2:23-MJ-1047-1

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| NOTICE SERVED | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)   Original - CVB Copy

---

**Location Code – EC62**
**Citation Number – 7327501**
**NPS Case Number – NP23235588**
**Ranger Last Name – ESSIG #916**

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/29/2023 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina -

At approximately 1818 hours, I was patrolling in a marked police vehicle southbound on NC Highway 12 near the intersection of Coquina Beach and Bodie Island Lighthouse Road in Nags Head, North Carolina. This location is within the jurisdiction of Cape Hatteras National Seashore.

During the patrol, I observed a vehicle traveling northbound on NC Highway 12 operating in excess of the posted speed limit while passing multiple vehicles in a no passing zone. Upon use of radar the vehicle was confirmed to be traveling 91 MPH in a 55 MPH zone. The radar emitted a clear solid tone. The vehicle had initiated passing multiple vehicles in a passing zone (broken yellow centerline) but failed to move back into the northbound lane of travel when the passing zone ended (solid yellow centerline).

I began to follow the vehicle, a black 2006 Nissan 350Z ( ), northbound on NC Highway 12 and attempted to stop the vehicle by activating my emergency blue lights and audible sirens. Instead of stopping for my emergency blue lights and audible sirens, the vehicle continued traveling northbound on NC Highway 12 at a high rate of speed and passed multiple vehicles in no passing zones (solid yellow centerline).

While following the vehicle, the flow of traffic was steady with a high number of vehicles traveling in both directions. The vehicle disregarded the safety of others on the roadway by entering the opposite lane of travel multiple times to pass vehicles in no passing zones and traveling at high rate of speed above the posted speed limit. The vehicle exited NC Highway 12 traveling northbound onto South Croatan Highway (US Route 158) and traveled thru multiple congested intersections without stopping for the red signal light displayed on the stop lights.

At approximately 1828 hours, the vehicle was located by Nags Head Police Department Sergeant V. Hopson on East Hawk Nest Court in Nags Head, North Carolina. The driver, who was identified by their Virginia driver's license as Tristan R. TAYLOR, was located nearby the vehicle. A bystander who reported seeing the driver of the vehicle stated that the driver was white male wearing a grey colored shirt which matched the description of TAYLOR. No passengers were observed in the vehicle.

Taylor was subsequently arrested for Disorderly Conduct.

While contacting TAYLOR, I observed that TAYLOR's eyes were red, glassy, and there was a strong odor of alcoholic beverage coming from TAYLOR's person.

TAYLOR was transported to the Dare County Detention Center in Manteo, NC where TAYLOR refused to submit to an Intox EC/IR II test.

I issued TAYLOR a mandatory court appearance for 36 CFR 4.23(c)(2) "Refusal to submit to test (Breath Intoxilyzer)".

TAYLOR was held for an initial appearance by Dare County Detention Center in Manteo, North Carolina per orders by Honorable Judge T. Boyle. The initial appearance was scheduled for July 31, 2023, at the Federal Courthouse in Greenville, North Carolina.

The incident was audio and visually recorded by my duty issued Axon 3 Body Worn Camera.

The foregoing statement is based upon:
☒ My personal observation ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☒ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/30/2023   #916
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
VIOLATION NOTICE

## United States District Court
## Violation Notice

| | | |
|---|---|---|
| CVB Location Code | EC62 | |
| Violation Number | Officer Name (Print) | Officer No. |
| 7327512 | ESSIG | #916 |

NP23235588
7327512

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☒State Code |
|---|---|
| 07/29/2023 1918 | 36 CFR 4.2(b) <br> NCGS: 20-157 |

Place of Offense
CAHA - NC HWY 12 / COQUINA BEACH

Offense Description: Factual Basis for Charge   HAZMAT ☐

FAILURE TO YIELD TO BLUE LIGHTS AND SIRENS (LEO VEHICLES)

**DEFENDANT INFORMATION** Phone: ( — ) — -

| Last Name | First Name | M.I. |
|---|---|---|
| TAYLOR | TRISTAN | R |

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

2:23-MJ-1047-2

+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| NOTICE SERVED | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

---

Location Code – EC62
Citation Number - 7327512
NPS Case Number – NP23235588
Ranger Last Name – ESSIG #916

☒ **AUDIO OR VIDEO PRESENT** (Check Box If Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 7/29/2023 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina -

At approximately 1818 hours, I was patrolling in a marked police vehicle southbound on NC Highway 12 near the intersection of Coquina Beach and Bodie Island Lighthouse Road in Nags Head, North Carolina. This location is within the jurisdiction of Cape Hatteras National Seashore.

During the patrol, I observed a vehicle traveling northbound on NC Highway 12 operating in excess of the posted speed limit while passing multiple vehicles in a no passing zone. The vehicle had initiated passing multiple vehicles in a passing zone (broken yellow centerline) but failed to move back into the northbound lane of travel when the passing zone ended (solid yellow centerline).

I began to follow the vehicle, a black 2006 Nissan 350Z _____ ), northbound on NC Highway 12 and attempted to stop the vehicle by activating my emergency blue lights and audible sirens. Instead of stopping for my emergency blue lights and audible sirens, the vehicle continued traveling northbound on NC Highway 12 at a high rate of speed and passed multiple vehicles in no passing zones (solid yellow centerline).

At approximately 1828 hours, the vehicle was located by Nags Head Police Department Sergeant V. Hopson on East Hawk Nest Court in Nags Head, North Carolina. The driver, who was identified by their Virginia driver's license as Tristan R. TAYLOR, was located nearby the vehicle. A bystander who reported seeing the driver of the vehicle stated that the driver was white male wearing a grey colored shirt which matched the description of TAYLOR. When asked why he did not stop, TAYLOR stated he was "scared". No passengers were observed in the vehicle.

Taylor was subsequently arrested for Disorderly Conduct.

I issued TAYLOR a mandatory court appearance for 36 CFR 4.2 "State Law Applicable". NCGS: 20-157 "Failure to yield to blue lights and sirens (Law Enforcement Vehicles)".

TAYLOR was held for an initial appearance by Dare County Detention Center in Manteo, North Carolina per orders by Honorable Judge T. Boyle. The initial appearance was scheduled for July 31, 2023, at the Federal Courthouse in Greenville, North Carolina.

The incident was audio and visually recorded by my duty issued Axon 3 Body Worn Camera.

The foregoing statement is based upon:
☒ My personal observation   ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☒ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/30/2023 _____ #916
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

NP23235588 7327519

# United States District Court
## Violation Notice

CVB Location Code: **EC62**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7327519 | ESSIG | #916 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/29/2023 1818
Offense Charged: ☒ CFR ☐ USC ☒ State Code
36 CFR 4.2(b)
NCGS = 20-140

Place of Offense: CAHA - NC HWY 12 / COQUINA BEACH

Offense Description: Factual Basis for Charge — HAZMAT ☐

RECKLESS DRIVING
91/55

### DEFENDANT INFORMATION
Phone: (—) —

| Last Name | First Name | M.I. |
|---|---|---|
| TAYLOR | TRISTAN | R |

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

2:23-MJ-1047-3

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: NOTICE SERVED
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015) Original - CVB Copy

**UNITED STATES DISTRICT COURT VIOLATION NOTICE**

---

Location Code – EC62
Citation Number - 7327519
NPS Case Number – NP23235588
Ranger Last Name – ESSIG #916

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/29/2023 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina -

At approximately 1818 hours, I was patrolling in a marked police vehicle southbound on NC Highway 12 near the intersection of Coquina Beach and Bodie Island Lighthouse Road in Nags Head, North Carolina. This location is within the jurisdiction of Cape Hatteras National Seashore.

During the patrol, I observed a vehicle traveling northbound on NC Highway 12 operating in excess of the posted speed limit while passing multiple vehicles in a no passing zone. Upon use of radar the vehicle was confirmed to be traveling 91 MPH in a 55 MPH zone. The radar emitted a clear solid tone. The vehicle had initiated passing multiple vehicles in a passing zone (broken yellow centerline) but failed to move back into the northbound lane of travel when the passing zone ended (solid yellow centerline).

I began to follow the vehicle, a black 2006 Nissan 350Z ( ), northbound on NC Highway 12 and attempted to stop the vehicle by activating my emergency blue lights and audible sirens. Instead of stopping for my emergency blue lights and audible sirens, the vehicle continued traveling northbound on NC Highway 12 at a high rate of speed and passed multiple vehicles in no passing zones (solid yellow centerline).

While following the vehicle, the flow of traffic was steady with a high number of vehicles traveling in both directions. The vehicle disregarded the safety of others on the roadway by entering the opposite lane of travel multiple times to pass vehicles in no passing zones and traveling at high rate of speed above the posted speed limit. The vehicle exited NC Highway 12 traveling northbound onto South Croatan Highway (US Route 158) and traveled thru multiple congested intersections without stopping for the red signal light displayed on the stop lights.

At approximately 1828 hours, the vehicle was located by Nags Head Police Department Sergeant V. Hopson on East Hawk Nest Court in Nags Head, North Carolina. The driver, who was identified by their Virginia driver's license as Tristan R. TAYLOR, was located nearby the vehicle. A bystander who reported seeing the driver of the vehicle stated that the driver was white male wearing a grey colored shirt which matched the description of TAYLOR. When asked why he did not stop, TAYLOR stated he was "scared". No passengers were observed in the vehicle.

Taylor was subsequently arrested for Disorderly Conduct.

I issued TAYLOR a mandatory court appearance for 36 CFR 4.2 "State Law Applicable". NCGS: 20-140 "Reckless Driving".

TAYLOR was held for an initial appearance by Dare County Detention Center in Manteo, North Carolina per orders by Honorable Judge T. Boyle. The initial appearance was scheduled for July 31, 2023, at the Federal Courthouse in Greenville, North Carolina.

The incident was audio and visually recorded by my duty issued Axon 3 Body Worn Camera.

The foregoing statement is based upon:
☒ My personal observation ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☒ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/30/2023 _____ #916
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

## United States District Court Violation Notice

**CVB Location Code:** EC62

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7327521 | J-ESSIG | #916 |

NP23235588

7327521

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 07/29/2023 1818 | 36 CFR 4.12 |

**Place of Offense:** CAHA – NC HWY 12 / COQUINA BEACH

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

TRAFFIC CONTROL DEVICE
NO PASSING ZONE / CENTERLINE

### DEFENDANT INFORMATION    Phone: (     )     –

| Last Name | First Name | M.I. |
|---|---|---|
| TAYLOR | TRISTAN | R |

**REDACTED VERSION**

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
☒

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

2:23-MJ-1047-4

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $30 Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| NOTICE SERVED | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)    Original – CVB Copy

---

**Location Code – EC62**
**Citation Number – 7327521**
**NPS Case Number – NP23235588**
**Ranger Last Name – ESSIG #916**

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/29/2023 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina -

At approximately 1818 hours, I was patrolling in a marked police vehicle southbound on NC Highway 12 near the intersection of Coquina Beach and Bodie Island Lighthouse Road in Nags Head, North Carolina. This location is within the jurisdiction of Cape Hatteras National Seashore.

During the patrol, I observed a vehicle traveling northbound on NC Highway 12 operating in excess of the posted speed limit while passing multiple vehicles in a no passing zone. The vehicle had initiated passing multiple vehicles in a passing zone (broken yellow centerline) but failed to move back into the northbound lane of travel when the passing zone ended (solid yellow centerline).

I began to follow the vehicle, a black 2006 Nissan 350Z (                    ), northbound on NC Highway 12 and attempted to stop the vehicle by activating my emergency blue lights and audible sirens. Instead of stopping for my emergency blue lights and audible sirens, the vehicle continued traveling northbound on NC Highway 12 at a high rate of speed and passed multiple vehicles in no passing zones (solid yellow centerline).

At approximately 1828 hours, the vehicle was located by Nags Head Police Department Sergeant V. Hopson on East Hawk Nest Court in Nags Head, North Carolina. The driver, who was identified by their Virginia driver's license as Tristan R. TAYLOR, was located nearby the vehicle. A bystander who reported seeing the driver of the vehicle stated that the driver was white male wearing a grey colored shirt which matched the description of TAYLOR. When asked why he did not stop, TAYLOR stated he was "scared". No passengers were observed in the vehicle.

Taylor was subsequently arrested for Disorderly Conduct.

I issued TAYLOR a mandatory court appearance for 36 CFR 4.12 "Traffic Control Device – No Passing Zone (Solid Yellow Centerline)".

TAYLOR was held for an initial appearance by Dare County Detention Center in Manteo, North Carolina per orders by Honorable Judge T. Boyle. The initial appearance was scheduled for July 31, 2023, at the Federal Courthouse in Greenville, North Carolina.

The incident was audio and visually recorded by my duty issued Axon 3 Body Worn Camera.

The foregoing statement is based upon:
☒ My personal observation      ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☒ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/30/2023      #916
Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT**
**VIOLATION NOTICE**

# United States District Court
## Violation Notice

**CVB Location Code:** EC62

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7327523 | ESSIG | #916 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 07/29/2023 1818
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
**Code:** 36 CFR 4.21(c)
**Place of Offense:** CAHA – NC HWY 12 / COQUINA BEACH

**Offense Description: Factual Basis for Charge** HAZMAT ☐

OPERATING IN EXCESS OF POSTED SPEED LIMIT 91/55

### DEFENDANT INFORMATION
**Phone:** ( ) –
**Last Name:** TAYLOR
**First Name:** TRISTAN
**M.I.:** R

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

2:23-MJ-1047-5

| | Forfeiture Amount |
|---|---|
| | + $30 Processing Fee |
| **PAY THIS AMOUNT →** $ | **Total Collateral Due** |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** NOTICE SERVED
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)   Original- CVB Copy

---

**Location Code – EC62**
**Citation Number - 7327523**
**NPS Case Number – NP23235588**
**Ranger Last Name – ESSIG #916**

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/29/2023 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina -

At approximately 1818 hours, I was patrolling in a marked police vehicle southbound on NC Highway 12 near the intersection of Coquina Beach and Bodie Island Lighthouse Road in Nags Head, North Carolina. This location is within the jurisdiction of Cape Hatteras National Seashore.

During the patrol, I observed a vehicle traveling northbound on NC Highway 12 operating in excess of the posted speed limit while passing multiple vehicles in a no passing zone. Upon use of radar the vehicle was confirmed to be traveling 91 MPH in a 55 MPH zone. The radar emitted a clear solid tone.

I began to follow the vehicle, a black 2006 Nissan 350Z ), northbound on NC Highway 12 and attempted to stop the vehicle by activating my emergency blue lights and audible sirens. Instead of stopping for my emergency blue lights and audible sirens, the vehicle continued traveling northbound on NC Highway 12 at a high rate of speed.

At approximately 1828 hours, the vehicle was located by Nags Head Police Department Sergeant V. Hopson on East Hawk Nest Court in Nags Head, North Carolina. The driver, who was identified by their Virginia driver's license as Tristan R. TAYLOR, was located nearby the vehicle. A bystander who reported seeing the driver of the vehicle stated that the driver was white male wearing a grey colored shirt which matched the description of TAYLOR. When asked why he did not stop, TAYLOR stated he was "scared".

Taylor was subsequently arrested for Disorderly Conduct.

I issued TAYLOR a mandatory court appearance for 36 CFR 4.21(c) "Operating in excess of posted speed limit".

TAYLOR was held for an initial appearance by Dare County Detention Center in Manteo, North Carolina per orders by Honorable Judge T. Boyle. The initial appearance was scheduled for July 31, 2023, at the Federal Courthouse in Greenville, North Carolina.

The incident was audio and visually recorded by my duty issued Axon 3 Body Worn Camera.

The foregoing statement is based upon:
☒ My personal observation         ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☒ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/30/2023        #916
Date (mm/dd/yyyy)              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
VIOLATION NOTICE

# United States District Court
## Violation Notice

| | | |
|---|---|---|
| CVB Location Code | | EC62 |
| Violation Number | Officer Name (Print) | Officer No. |
| 7327524 | ESSIG | #916 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 07/29/2023 1818 | 36 CFR 4.22(b)(1) |

Place of Offense: CAHA - NC HWY 12 / COQUINA BEACH

Offense Description: Factual Basis for Charge — HAZMAT ☐

OPERATING A VEHICLE W/O UT DUE CARE

**DEFENDANT INFORMATION** Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| TAYLOR | TRISTAN | R |

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

2:23-MJ-1047-6

| | $ | Forfeiture Amount |
|---|---|---|
| | + $30 | Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| NOTICE SERVED JT | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015) Original - CVB Copy

NP23235588 7327524

---

Location Code – EC62
Citation Number - 7327524
NPS Case Number – NP23235588
Ranger Last Name – ESSIG #916

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 7/29/2023 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina -

At approximately 1818 hours, I was patrolling in a marked police vehicle southbound on NC Highway 12 near the intersection of Coquina Beach and Bodie Island Lighthouse Road in Nags Head, North Carolina. This location is within the jurisdiction of Cape Hatteras National Seashore.

During the patrol, I observed a vehicle traveling northbound on NC Highway 12 operating in excess of the posted speed limit while passing multiple vehicles in a no passing zone. Upon use of radar the vehicle was confirmed to be traveling 91 MPH in a 55 MPH zone. The radar emitted a clear solid tone. The vehicle had initiated passing multiple vehicles in a passing zone (broken yellow centerline) but failed to move back into the northbound lane of travel when the passing zone ended (solid yellow centerline).

I began to follow the vehicle, a black 2006 Nissan 350Z (                    ), northbound on NC Highway 12 and attempted to stop the vehicle by activating my emergency blue lights and audible sirens. Instead of stopping for my emergency blue lights and audible sirens, the vehicle continued traveling northbound on NC Highway 12 at a high rate of speed and passed multiple vehicles in no passing zones (solid yellow centerline).

While following the vehicle, the flow of traffic was steady with a high number of vehicles traveling in both directions. The vehicle disregarded the safety of others on the roadway by entering the opposite lane of travel multiple times to pass vehicles in no passing zones and traveling at high rate of speed above the posted speed limit. The vehicle exited NC Highway 12 traveling northbound onto South Croatan Highway (US Route 158) and traveled thru multiple congested intersections without stopping for the red signal light displayed on the stop lights.

At approximately 1828 hours, the vehicle was located by Nags Head Police Department Sergeant V. Hopson on East Hawk Nest Court in Nags Head, North Carolina. The driver, who was identified by their Virginia driver's license as Tristan R. TAYLOR, was located nearby the vehicle. A bystander who reported seeing the driver of the vehicle stated that the driver was white male wearing a grey colored shirt which matched the description of TAYLOR. When asked why he did not stop, TAYLOR stated he was "scared". No passengers were observed in the vehicle.

Taylor was subsequently arrested for Disorderly Conduct.

I issued TAYLOR a mandatory court appearance for 36 CFR 4.22(b)(1) "Operating a vehicle without due care".

TAYLOR was held for an initial appearance by Dare County Detention Center in Manteo, North Carolina per orders by Honorable Judge T. Boyle. The initial appearance was scheduled for July 31, 2023, at the Federal Courthouse in Greenville, North Carolina.

The incident was audio and visually recorded by my duty issued Axon 3 Body Worn Camera.

The foregoing statement is based upon:
☒ My personal observation ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☒ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/30/2023    #916
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
VIOLATION NOTICE

**United States District Court**
**Violation Notice**

CVB Location Code: EC62

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7327525 | ESSIG | #916 |

NP23235588

7327525

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 07/29/2023 1818
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.34(a)(4)

Place of Offense: CAHA - NC HWY 12 / COQUINA BEACH RAMP 2

Offense Description: Factual Basis for Charge: DISORDERLY CONDUCT CREATING HAZARDOUS CONDITION

HAZMAT ☐

**DEFENDANT INFORMATION** Phone: ( — ) —

| Last Name | First Name | M.I. |
|---|---|---|
| TAYLOR | TRISTAN | R |

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

2:23-MJ-1047-7

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: NOTICE SERVED JE
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015) Original - CVB Copy

---

Location Code – EC62
Citation Number – 7327525
NPS Case Number – NP23235588
Ranger Last Name – ESSIG #916

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 7/29/2023 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina -

At approximately 1818 hours, I was patrolling in a marked police vehicle southbound on NC Highway 12 near the intersection of Coquina Beach and Bodie Island Lighthouse Road in Nags Head, North Carolina. This location is within the jurisdiction of Cape Hatteras National Seashore.

During the patrol, I observed a vehicle traveling northbound on NC Highway 12 operating in excess of the posted speed limit while passing multiple vehicles in a no passing zone. Upon use of radar the vehicle was confirmed to be traveling 91 MPH in a 55 MPH zone. The radar emitted a clear solid tone. The vehicle had initiated passing multiple vehicles in a passing zone (broken yellow centerline) but failed to move back into the northbound lane of travel when the passing zone ended (solid yellow centerline).

I began to follow the vehicle, a black 2006 Nissan 350Z ( _____ ), northbound on NC Highway 12 and attempted to stop the vehicle by activating my emergency blue lights and audible sirens. Instead of stopping for my emergency blue lights and audible sirens, the vehicle continued traveling northbound on NC Highway 12 at a high rate of speed and passed multiple vehicles in no passing zones (solid yellow centerline).

While following the vehicle, the flow of traffic was steady with a high number of vehicles traveling in both directions. The vehicle disregarded the safety of others on the roadway by entering the opposite lane of travel multiple times to pass vehicles in no passing zones and traveling at high rate of speed above the posted speed limit. The vehicle exited NC Highway 12 traveling northbound onto South Croatan Highway (US Route 158) and traveled thru multiple congested intersections without stopping for the red signal light displayed on the stop lights.

At approximately 1828 hours, the vehicle was located by Nags Head Police Department Sergeant V. Hopson on East Hawk Nest Court in Nags Head, North Carolina. The driver, who was identified by their Virginia driver's license as Tristan R. TAYLOR, was located nearby the vehicle. A bystander who reported seeing the driver of the vehicle stated that the driver was white male wearing a grey colored shirt which matched the description of TAYLOR. When asked why he did not stop, TAYLOR stated he was "scared". No passengers were observed in the vehicle.

I arrested TAYLOR for 36 CFR 2.34(a)(4) "Disorderly Conduct – Creating a hazardous condition".

TAYLOR was held for an initial appearance by Dare County Detention Center in Manteo, North Carolina per orders by Honorable Judge T. Boyle. The initial appearance was scheduled for July 31, 2023, at the Federal Courthouse in Greenville, North Carolina.

The incident was audio and visually recorded by my duty issued Axon 3 Body Worn Camera.

The foregoing statement is based upon:
☒ My personal observation ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☒ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/30/2023     _____ #916
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge